E-FILED 10/14/08
CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **Alex Upshaw** ) | Case No. cv08-05296 PSG |
| ) | |
| Plaintiff, ) | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | **Honorable Philip S. Gutierrez** |
| **Creditors Financial Group, LLC** ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the Plaintiff's request to dismiss this case with prejudice is hereby granted.

Dated this  14  day of October, 2008.


PHILIP S. GUTIERREZ
_____
The Honorable **Philip S. Gutierrez**

Order to Dismiss - 1